

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

Caston, JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DAVID KIEBLER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6519 (phone)
702-388-5087 (fax)
david.kiebler@usdoj.gov
*Attorney for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES CHARLES CASTON, <br><br> Defendant. | SEALED <br> CRIMINAL INDICTMENT <br><br> Case No. 2:23-cr-00079-RFB-NJK <br><br> **VIOLATIONS:** <br><br> 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing and Manufacturing Firearms Without a License <br><br> 18 U.S.C. §§ 922(a)(6) and 924(a)(2) – False Statement in Acquisition of Firearm |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Engaging in the Business of Dealing or Manufacturing Firearms Without a License*
(18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D))

Beginning from a time unknown but no later than on or about March 20, 2021, and continuing to or about April 10, 2022, in the State and Federal District of Nevada,

**JAMES CHARLES CASTON,**

defendant herein, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS TWO THROUGH FORTY-EIGHT
False Statement in Acquisition of Firearm
(18 U.S.C. §§ 922(a)(6), 924(a)(2)

On or about the dates below, in the State and Federal District of Nevada,

**JAMES CHARLES CASTON,**

defendant herein, in connection with the acquisition of firearms, as described below, from licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code (the "Dealers"), knowingly made a false and fictitious written statement to each of the Dealers, which statement was intended and likely to deceive each of the Dealers, as to a fact material to the lawfulness of each such sale of the said firearm to the defendant under chapter 44 of Title 18, in that for Counts 2-48, the defendant did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein the defendant represented he was the actual transferee/buyer of the firearms listed on the form, when in fact, and as the defendant well knew, he was not the actual transferee/buyer of the firearms and was acquiring the firearms on behalf of another person and/or for sale to a third party; and, in Counts 42-48, the defendant did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein the defendant inaccurately represented his current address, when in fact the defendant knew that the listed street address was incorrect:

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|---|
| 2 | 3/20/21 | Spartan Arms | Glock 23, 40 caliber pistol, serial number BSLY711 |
| 3 | 3/25/21 | Spartan Arms | (1) American Tactical Milsport Multi-Cal Receiver, Serial Number MSA074528; (2) American Tactical Milsport Multi-Cal Receiver, Serial Number MSA074541; (3) American Tactical Milsport Multi-Cal Receiver, Serial Number MSA074515; (4) American Tactical Milsport Multi-Cal Receiver, Serial Number MSA074534. |
| 4 | 4/14/21 | Spartan Arms | HS Produkt XDM Elite 9-mm Pistol, Serial Number BA239746 |
| 5 | 5/22/21 | Spartan Arms | (1) Aero Precision M4E1 Multi-Cal Receiver, serial number M4-0277048; (2) Aero Precision M5 Multi-Cal Receiver, serial number US176809; (3) Grey Ghost Precision Cornerstone Multi-Cal Receiver, serial number GGPC4912; (4) Glock 23 40-caliber Pistol, serial number BTSM840. |
| 6 | 5/26/21 | CAL Ranch | HS Produkt XDS-9 9-millimeter Pistol, serial number ■■■■■ |
| 7 | 5/22/21 | Sportsman's Warehouse No. 222 | Stoeger STR-9 9-millimeter Pistol, serial number T6429-21U02332 |
| 8 | 6/4/21 | Spartan Arms | Glock 48 9-millimeter Pistol, serial number AFPT936 |
| 9 | 6/21/21 | Spartan Arms | FN PS90 5.7x28 Rifle, serial number FN134217 |
| 10 | 6/22/21 | CAL Ranch | HS Produkt XDS 9-millimeter Pistol, serial number BA288714 |
| 11 | 7/02/21 | CAL Ranch | HS Produkt XDS 9-millimeter Pistol, serial number BA253273 |
| 12 | 7/03/21 | CAL Ranch | Taurus G2 9-millimeter Pistol, serial number 1C040823 |
| 13 | 7/17/21 | Sportsman's Warehouse No. 222 | Armscor M200 38 Revolver, serial number RIA2355625 |

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|---|
| 14 | 7/18/21 | Spartan Arms | (1) Doublestar Star-15 Multi-Caliber Receiver, serial number DSM001342; (2) Doublestar Star-15 Multi-Caliber Receiver, serial number DSM001343. |
| 15 | 7/31/21 | CAL Ranch | HS Produkt XDS 9-millimeter Pistol, serial number BA288754 |
| 16 | 8/1/21 | CAL Ranch | (1) Taurus G2 9-millimeter Pistol, serial number ACD818452; (2) Taurus G2 9-millimeter Pistol, serial number ACD818770. |
| 17 | 8/17/21 | Spartan Arms | Glock 23 40-caliber Pistol, serial number BUGF123 |
| 18 | 8/18/21 | Spartan Arms | Glock 22 40-caliber Pistol, serial number BUCT326 |
| 19 | 8/19/21 | High Desert | (1) Glock 22 40-caliber Pistol, serial number YZY445; (2) Glock 19 9-millimeter Pistol, ABPL235. |
| 20 | 8/29/21 | 11 Eleven Tactical (Sparks NV) | (1) Glock 23 40-caliber Pistol, serial number BSRH942; (2) Glock 22 40-caliber Pistol, serial number AFWA663. |
| 21 | 9/8/21 | CAL Ranch | (1) Taurus G2 9-millimeter Pistol, serial number 1C042602; (2) Taurus G2 9-millimeter Pistol, serial number ACE884677; (3) Taurus G2 9-millimeter Pistol, serial number ACE884694; (4) HS Produkt XD9 9-millimeter Pistol, serial number BA428703; (5) HS Produkt XD9 9-millimeter Pistol, [redacted]; (6) HS Produkt XDS 9-millimeter Pistol, serial number [redacted]. |
| 22 | 9/21/21 | Spartan Arms | Glock 22 40-caliber Pistol, serial number BUCN477 |
| 23 | 9/25/21 | S&S Wholesale Arms | (1) Glock 27 40-caliber Pistol, serial number BUSU261; (2) Glock 22 40-caliber Pistol, serial number BUCS459; (3) Glock 22 40-caliber Pistol, serial number AFZG527; (4) Taurus G3 9-millimeter Pistol, serial number ACG060360; |

4

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|---|
| | | | (5) Taurus G3 9-millimeter Pistol, serial number ACJ275081; (6) Taurus G3 9-millimeter Pistol, serial number ACG060140; (7) Taurus G3 9-millimeter Pistol, serial number ACH136364. |
| 24 | 9/26/21 | Spartan Arms | (1) Glock 23 40-caliber Pistol, serial number BUCX483; (2) Taurus G2 40-caliber Pistol, serial number ACJ249206; (3) Taurus G2 40-caliber Pistol, serial number ACG043023. |
| 25 | 10/09/21 | Discount Firearms and Ammo | (1) Glock 23 40-caliber Pistol, serial number BUWH862; (2) Glock 22 40-caliber Pistol, serial number PLG922. |
| 26 | 10/10/21 | Discount Firearms and Ammo | (1) Glock 22 40-caliber Pistol, serial number KNV137; (2) Glock 17 9-millimeter Pistol, MRK005. |
| 27 | 10/10/21 | Spartan Arms | (1) Taurus G3 9-millimeter Pistol, serial number ACJ223219; (2) Taurus G3 9-millimeter Pistol, serial number ACH204901; (3) Taurus G3 9-millimeter Pistol, serial numberACH205067; (4) Anderson Manufacturing, AM15 Multi-caliber Receiver, serial number 21329443; (5) Anderson Manufacturing AM15 Multi-caliber Receiver, serial number 21329447. |
| 28 | 10/22/21 | Spartan Arms | (1) Glock 23 40-caliber Pistol, serial number BUSR449; (2) Glock 23 40-caliber Pistol, serial number BUSR448. |
| 29 | 10/24/21 | The Gun Store | (1) Glock 22 40-caliber Pistol, serial number BSYF283; (2) Glock 22 40-caliber Pistol, serial number BSYH058; (3) Glock 17 9-millimeter Pistol, serial number BTVV570. |
| 30 | 11/14/21 | Discount Firearms and Ammo | (1) Glock 23 40-caliber Pistol, serial number BUWK416; (2) Glock 23 40-caliber Pistol, serial number BVCZ001. |

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|---|
| 31 | 11/14/21 | Sportsman's Warehouse No. 222 | Glock 22 40-caliber Pistol, serial number BUCS274. |
| 32 | 12/04/21 | Spartan Arms | Ruger 10/22 Rifle, serial 0020-20419 |
| 33 | 12/04/21 | CAL Ranch | Citadel Boss-25 12-gauge Shotgun, serial number 21-39036 |
| 34 | 12/09/21 | Sportsman's Warehouse No. 222 | (1) Kimber Micro 380-caliber Pistol, serial number P0117473; (2) HS Produkt XDS 45-caliber, Pistol, serial number BA572325. |
| 35 | 12/11/21 | Sportsman's Warehouse No. 222 | (1) Glock 29 10-millimeter Pistol, serial number BUSV035; (2) Glock 29 10-millimeter Pistol, serial number BUSV039. |
| 36 | 12/14/21 | CAL Ranch | (1) Taurus G3 9-millimeter Pistol, serial number ACJ282696; (2) Taurus G3 9-millimeter Pistol, serial number ACJ282810. |
| 37 | 12/14/21 | Sportsman's Warehouse No. 222 | CBC RS22 Rifle, serial number 7CA278689P |
| 38 | 1/08/22 | Spartan Arms | Glock 23 40-caliber Pistol, serial number BVEF910 |
| 39 | 2/09/22 | CAL Ranch | (1) Taurus GX4 9-millimeter Pistol, 1BA38031; (2) HS Produkt XOM 10-millimeter Pistol, serial number BA715917. |
| 40 | 02/09/22 | Fallout Firearms | (1) Glock 23 40-caliber Pistol, serial number AGEH381; (2) Glock 23 40-caliber Pistol, serial number BVCY336. |
| 41 | 02/09/22 | Sportsman's Warehouse No. 222 | (1) Glock 23 40-caliber Pistol, serial number BUZG093; (2) Glock 22 40-caliber Pistol, serial number BUCS482. |
| 42 | 02/10/22 | Sportsman's Warehouse No. 222 | (1) Glock 29 10-millimeter Pistol, serial number BUWT791; (2) Glock 19 9-millimeter Pistol, serial number BVCS141. |
| 43 | 2/11/22 | Sportsman's Warehouse No. 187 | (1) Glock 17 9-millimeter Pistol, serial number BVGE116; (2) Glock 29 10-millimeter Pistol, serial number BUFU681; (3) Glock 29 10-millimeter Pistol, serial number BUFU682 |

6

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|---|
| 44 | 3/26/22 | Discount Gun Store | (1) Glock 30S 45-caliber Pistol, serial number BWKF804; (2) Glock 30 45-caliber Pistol, serial number AGPX822; (3) Glock 23 40-caliber Pistol, serial number AGMB121; (4) Glock 23 40-caliber Pistol, serial number AGMB120; (5) Glock 17 9-millimeter Pistol, serial number BVEB028. |
| 45 | 3/26/22 | GBL | (1) Glock 27 40-caliber Pistol, serial number BWEM102; (2) Glock 26 9-millimeter Pistol, serial number AGPR616; (3) Glock 22 40-caliber Pistol, serial number BWBR691; (4) Glock 22 40-caliber Pistol, serial number BWBR699; (5) Glock 22 40-caliber Pistol, serial number BWBR698; (6) Charter Arms Undercover 38 Revolver, serial number 21-75731; (7) Glock 23 40-caliber Pistol, serial number AGMB182; (8) Glock 23 40-caliber Pistol, serial number AGMB181; (9) Glock 27 40-caliber Pistol, serial number BSRP625. |
| 46 | 3/26/22 | Sportsman's Warehouse No. 222 | (1) Glock 31 357 Pistol, serial number BVEG900; (2) Glock 23 40-caliber Pistol, serial number BRZE162; (3) Glock 23 40-caliber Pistol, serial number DMR751US. |
| 47 | 3/27/22 | Sportsman's Warehouse No. 222 | (1) Glock 22 40-caliber Pistol, serial number LZX168; (2) Glock 26 9-millimeter Pistol, serial number BELE774; (3) Taurus G2 9-millimeter Pistol, serial number TKU83334; (4) Glock 23 40-caliber Pistol, serial number DCW726US. |
| 48 | 4/10/22 | Sportsman's Warehouse No. 222 | (1) Glock 22 40-caliber Pistol, serial number HHA381; (2) Glock 23 40-caliber Pistol, serial number BUZG151; |

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|---|
| | | | (3) Glock 22 40-caliber Pistol, serial number G202022;<br>(4) Glock 22 40-caliber Pistol, serial number TLR657;<br>(5) Glock 22 40-caliber Pistol, serial number BUCS140;<br>(6) Glock 22 40-caliber Pistol, serial number BDDU299 |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

DATED: this 18th day of April, 2023.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

DAVID KIEBLER
Assistant United States Attorney

8