JAMES C. GALLO, ESQ.
Nevada Bar No. 005959
GALLO LAW OFFICE
818 S. Casino Center Blvd.
Las Vegas, Nevada  89101
Telephone:  (702) 385-3131
Facsimile:  (702) 385-3130
Attorney for Defendant
JAMES CHARLES CASTON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23-CR-00079-RFB-NJK |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SUPPRESSION HEARING |
| JAMES CHARLES CASTON, | |
| Defendant, | |

IT IS HEREBY STIPULATED AND AGREED, by and through counsel JAMES C. GALLO, JR., ESQ.; Counsel for JAMES CHARLES CASTON, Defendant, and the United States of America, by and through, DAVID C. KIEBLER, ESQ., Assistant United States Attorney, that the Suppression Hearing currently scheduled for April 2, 2024, at the hour of 9:15 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Counsel was just recently retained and needs time to review the case file.

2. The Defendant does not object to the continuance.

3. The parties agree to a continuance of the suppression hearing.

/ / / /

4. The additional time requested herein is not sought or purposes of delay.

DATED this 28th day of March, 2024.

| GALLO LAW OFFICE | UNITED STATES ATTORNEY |
|---|---|
| */S/ James C. Gallo* | */S/ David C. Keibler* |
| JAMES C. GALLO, ESQ. | DAVID C. KIEBLER, ESQ. |
| Nevada Bar No. 005959 | Assistant United States Attorney |
| 818 S. Casino Center Blvd. | 501 Las Vegas Boulevard South. #1100 |
| Las Vegas, NV  89101 | Las Vegas, NV  89101 |
| Attorney for Defendant | Attorney for Plaintiff |
| JAMES CHARLES CASTON | |

```
JAMES C. GALLO, ESQ.
Nevada bar No. 005959
GALLO LAWOFFICE
818 S. Casino Center Blvd.
Las Vegas, Nevada  89101
Telephone:  (702) 385-3131
Facsimile:  (702) 385-3130
Attorney for Defendant
JAMES CHARLES CASTON
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23-CR-00079-RFB-NJK |
| Plaintiff, | FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ORDER TO CONTINUE SUPPRESS HEARING |
| v. | |
| JAMES CHARLES CASTON, | |
| Defendant, | |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel was just recently retained and needs time to review the case file.

2. The Defendant does not object to the continuance.

3. The parties agree to a continuance of the suppression hearing.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time to effectively represent Mr. Caston.

CONCLUSIONS OF LAW

A failure to grant this continuance would prohibit Mr. Caston's Counsel from effectively representing him at the upcoming suppression hearing.

-3-

<u>ORDER</u>

IT IS THEREFORE ORDERED that the Suppression Hearing scheduled for April 2, 2024, at the hour of 9:15 a.m., be vacated and continued to May 30, 2024 9:15 a.m.

DATED this 30th of March, 2024.



_____
U.S. DISTRICT JUDGE