JAMES C. GALLO, ESQ.
Nevada Bar No. 005959
GALLO LAW OFFICE
818 S. Casino Center Blvd.
Las Vegas, Nevada 89101
Telephone: (702) 385-3131
Facsimile: (702) 385-3130
Attorney for Defendant
JAMES CHARLES CASTON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 23-CR-00079-RFB-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SUPPRESSION HEARING |
| | ) | |
| JAMES CHARLES CASTON, | ) | |
| | ) | |
| Defendant, | ) | (Second Request) |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and through counsel JAMES C. GALLO, JR., ESQ.; Counsel for JAMES CHARLES CASTON, Defendant, and the United States of America, by and through, DAVID C. KIEBLER, ESQ., Assistant United States Attorney, that the Suppression Hearing currently scheduled for May 20, 2024, at the hour of 8:30 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant and the Government are in active negotiations which may negate the necessity of the scheduled suppression hearing.

2. The Defendant does not object to the continuance.

3. The parties agree to a continuance of the suppression hearing.

4. The additional time requested herein is not sought or purposes of delay.

5. This is the second request for a continuance of the suppression hearing.

DATED this 15th day of May, 2024.

| GALLO LAW OFFICE | UNITED STATES ATTORNEY |
|---|---|
| /S/ James C. Gallo | /S/ David C. Keibler |
| JAMES C. GALLO, ESQ. | DAVID C. KIEBLER, ESQ. |
| Nevada Bar No. 005959 | Assistant United States Attorney |
| 818 S. Casino Center Blvd. | 501 Las Vegas Boulevard South. #1100 |
| Las Vegas, NV  89101 | Las Vegas, NV  89101 |
| Attorney for Defendant | Attorney for Plaintiff |
| JAMES CHARLES CASTON | |

JAMES C. GALLO, ESQ.
Nevada bar No. 005959
GALLO LAWOFFICE
818 S. Casino Center Blvd.
Las Vegas, Nevada  89101
Telephone:  (702) 385-3131
Facsimile:  (702) 385-3130
Attorney for Defendant
JAMES CHARLES CASTON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No.:  23-CR-00079-RFB-NJK |
| ) | |
| Plaintiff,        ) | FINDINGS OF FACT AND |
| ) | CONCLUSIONS OF LAW |
| v.        ) | AND ORDER TO CONTINUE |
| ) | SUPPRESS HEARING |
| ) | |
| JAMES CHARLES CASTON,        ) | |
| ) | |
| Defendant,        ) | |
| ) | |
| _____) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel for the Defendant and the Government are in active negotiations which may negate the necessity of the scheduled suppression hearing.

2. The Defendant does not object to the continuance.

3. The parties agree to a continuance of the suppression hearing.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time to effectively represent Mr. Caston.

5. This is the second request for a continuance of the suppression hearing.

CONCLUSIONS OF LAW

A failure to grant this continuance would prohibit Mr. Caston's Counsel from effectively representing him at the upcoming suppression hearing.

ORDER

IT IS THEREFORE ORDERED that the Suppression Hearing scheduled for May 20, 2024, at the hour of 8:30 a.m., be vacated and continued to August 22, 2024 at 9:15 a.m. in Courtroom 7C.

DATED this 16th of May, 2024.

_____
RICHARD F BOULWARE, II
U.S. DISTRICT JUDGE