JAMES C. GALLO, ESQ.
Nevada Bar No. 005959
GALLO LAW OFFICE
818 S. Casino Center Blvd.
Las Vegas, Nevada 89101
Telephone: (702) 385-3131
Facsimile: (702) 385-3130
Attorney for Defendant
JAMES CHARLES CASTON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 23-CR-00079-RFB-NJK |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING DATE |
| JAMES CHARLES CASTON, | ) | |
| Defendant, | ) | (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and through counsel JAMES C. GALLO, JR., ESQ.; Counsel for JAMES CHARLES CASTON, Defendant, and the United States of America, by and through, DAVID C. KIEBLER, ESQ., Assistant United States Attorney, that the sentencing date currently scheduled for February 6, 2025, at the hour of 1:30 pa.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel needs additional time to prepare for sentencing.

2. The Defendant is out of custody and does not object to the continuance.

3. The parties agree to a continuance of the sentencing date.

/ / / /

-1-

4. This is the second request for a continuance of the sentencing date in this case. DATED this 5th day of February, 2025.

| | |
|---|---|
| GALLO LAW OFFICE | UNITED STATES ATTORNEY |
| /S/ James C. Gallo | /S/ David C. Kiebler |
| JAMES C. GALLO, ESQ. | DAVID C. KIEBLER, ESQ. |
| Nevada Bar No. 005959 | Assistant United States Attorney |
| 818 S. Casino Center Blvd. | 501 Las Vegas Boulevard South. #1100 |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for Plaintiff |
| JAMES CHARLES CASTON | |

JAMES C. GALLO, ESQ.
Nevada Bar No. 005959
GALLO LAWOFFICE
818 S. Casino Center Blvd.
Las Vegas, Nevada  89101
Telephone:  (702) 385-3131
Facsimile:  (702) 385-3130
Attorney for Defendant
JAMES CHARLES CASTON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  23-CR-00079-RFB-NJK |
| Plaintiff, | ) ) ) | FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ORDER TO CONTINUE SENTENCING DATE |
| v. | ) ) ) | |
| JAMES CHARLES CASTON, | ) ) | |
| Defendant, | ) ) | (Second Request) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel needs additional time to prepare for sentencing.

2. The Defendant is out of custody and does not object to the continuance.

3. The parties agree to a continuance of the sentencing date.

4. This is the first request for a continuance of the sentencing date in this case.

/ / / /

/ / / /

/ / / /

-3-

## ORDER

IT IS THEREFORE ORDERED that the sentence hearing currently scheduled for February 6, 2025, at the hour of 1:30 p.m., be vacated and continued to May 1, 2025 at 9:00 a.m.

DATED this 5th f February, 2025.

_____
RICHARD F BOULWARE, II
U.S. DISTRICT JUDGE