1

JAMES C. GALLO, ESQ.
Nevada Bar No. 005959

2

GALLO LAW OFFICE
818 S. Casino Center Blvd.

3

Las Vegas, Nevada 89101
Telephone: (702) 385-3131

4

Facsimile: (702) 385-3130
Attorney for Defendant

5

JAMES CHARLES CASTON

6

7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

8

* * *

9

10

UNITED STATES OF AMERICA,          )          Case No.:  23-CR-00079-RFB-NJK
                                                          )

11

                  Plaintiff,                              )
                                                          )

12

v.                                                        )          STIPULATION AND ORDER TO
                                                          )          CONTINUE SENTENCING DATE

13

                                                          )
                                                          )

14

JAMES CHARLES CASTON,                      )
                                                          )

15

                  Defendant,                          )
                                                          )          (Third Request)

16

_____)

17

        IT IS HEREBY STIPULATED AND AGREED, by and through counsel JAMES C.

18

GALLO, JR., ESQ.; Counsel for JAMES CHARLES CASTON, Defendant, and the United States

19

of America, by and through, DAVID C. KIEBLER, ESQ., Assistant United States Attorney, that

20

the sentencing date currently scheduled for June 27, 2025, at the hour of 1:00 p.m., be vacated and

21

set to a date and time convenient to this Court, but no sooner than sixty (30) days.

22

        This Stipulation is entered into for the following reasons:

23

        1.  Mr. Caston has retained a Clinical Neuropsychologist, Dr. Sharon Jones-Forrester

24

25

            who will be evaluating Mr. Caston on June 24, 2025.

26

        2.  The Defendant is out of custody and does not object to the continuance.

27

        3.  The parties agree to a continuance of the sentencing date.

28

-1-

4.  This is the third request for a continuance of the sentencing date in this case.

DATED this 9th day of June, 2025.

GALLO LAW OFFICE                              UNITED STATES ATTORNEY


    _/S/ James C. Gallo_____                    _/S/ David C. Kiebler_____
JAMES C. GALLO, ESQ.                      DAVID C. KIEBLER, ESQ.
Nevada Bar No. 005959                       Assistant United States Attorney
818 S. Casino Center Blvd.                    501 Las Vegas Boulevard South. #1100
Las Vegas, NV  89101                         Las Vegas, NV  89101
Attorney for Defendant                        Attorney for Plaintiff
JAMES CHARLES CASTON

JAMES C. GALLO, ESQ.
Nevada Bar No. 005959
GALLO LAWOFFICE
818 S. Casino Center Blvd.
Las Vegas, Nevada  89101
Telephone:  (702) 385-3131
Facsimile:  (702) 385-3130
Attorney for Defendant
JAMES CHARLES CASTON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  23-CR-00079-RFB-NJK |
| | ) | |
| Plaintiff, | ) | FINDINGS OF FACT AND |
| | ) | CONCLUSIONS OF LAW |
| v. | ) | AND ORDER TO CONTINUE |
| | ) | SENTENCING DATE |
| | ) | |
| JAMES CHARLES CASTON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | (Third Request) |
| _____ | ) | |

FINDINGS OF FACT

        Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

    1.  Mr. Caston has retained a Clinical Neuropsychologist, Dr. Sharon Jones-Forrester who will be evaluating Mr. Caston on June 24, 2025.

    2.  The Defendant is out of custody and does not object to the continuance.

    3.  The parties agree to a continuance of the sentencing date.

    4.  This is the third request for a continuance of the sentencing date in this case.

/ / / /

/ / / /

/ / / /

1

ORDER

2  IT IS THEREFORE ORDERED that the sentence hearing currently scheduled for June 27 ,

3 2025, at the hour of 1:00 p.m., be vacated and 12continued  August 4, 2025 at 1:00 f

4 p.m.       .

5       ____

6 Dated this 12th day of June, 2025

7

8            _____

9           U.S. DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28